# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,      :      Case No. 3:05-cr-140
                                                                       also 3:07-cv-275

                                                                     District Judge Thomas M. Rose
       -vs-                                           Chief Magistrate Judge Michael R. Merz

                                                    :

BRUCE D. THORNTON,

        Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON DEFENDANT'S SUMMARY JUDGMENT MOTION

---

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. Nos. 69), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on January 10, 2008, hereby ADOPTS said Report and Recommendations.

       It is therefore ORDERED that Defendant's Motion for Summary Judgment be, and it hereby is, denied.

January 18, 2008.                                            **s/THOMAS M. ROSE**

                                                                                   _____
                                                                                     Thomas M. Rose
                                                                        United States District Judge